# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1159
_____

JESSICA VONDER MEULEN,

    Appellant,

    v.

MAX ANDERSON LOUIS and
STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM,

    Appellees.

_____


On appeal from the Division of Administrative Hearings.
Robert J. Telfer, III, Administrative Law Judge.

April 8, 2024


PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica Vonder Meulen, pro se, Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.